**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Harold POLLARD, a/k/a Squirrel, Defendant–Appellant.**

No. 02–7478.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

Harold Pollard, Appellant Pro Se. Richard Charles Kay, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Harold Pollard seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Pollard has not made a substantial showing of the denial of a constitutional right. *See See United States v. Pollard,* Nos. CR–95–312; CA–02–3059–S (D. Md. filed Sept. 16, 2002 & entered Sept. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*